AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Greenberg, William S. | U.S. Court of Appeals for Veterans Claims | 5/15/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

625 Indiana Avenue, NW
Suite 900
Washington, DC 20004

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman Emeritus, Board of Trustees | Mary Sachs Charitable Trust (private foundation) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2002 | Public Employee Retirement System Pension Fund, State of New Jersey, pension upon retirement age 60, no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2020 | New Jersey Division of Pensions and Benefits, pension | $5,945.16 |
| 2. 2020 | Charles Schwab & Co. Inc., retirement plan distribution | $92,035.90 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Charles Schwab & Co., Inc., retirement plan distribution |
| 2. 2020 | Northwestern Mutual Life Insurance Co., insurance contract distribution |
| 3. 2020 | Bristol Myers Squibb Company, nonemployee compensation re one-time pharmaceutical consultancy |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenberg, William S.** | 5/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Bank of America Checking | A | Interest | M | T | | | | | |
| 2. Brokerage Account #1 (H) | | | | | | | | | |
| 3. -MN State HFA Fin. Rev. Muni. Bond | B | Interest | | | Matured | 07/01/20 | K | | |
| 4. -SPDR S & P Mid-Cap 400 ETF Trust | A | Int./Div. | | | Sold<br>(part) | 01/03/20 | J | D | |
| 5. | | | | | Sold | 10/30/20 | L | F | |
| 6. -NY NYC Trans Fin Auth Future Tax Rev Muni. Bond | C | Interest | | | Sold | 04/06/20 | L | | |
| 7. -CA St GO Muni. Bond | B | Interest | | | Sold | 04/07/20 | L | B | |
| 8. -IL DuPage & Will Cntys Muni. Bond | B | Interest | | | Sold | 04/06/20 | M | | |
| 9. -MN St COPs NC Muni. Bond | C | Interest | M | T | | | | | |
| 10. -TX St GO Muni. Bond | C | Interest | M | T | | | | | |
| 11. -MI St GO NC Muni. Bond | C | Interest | L | T | | | | | |
| 12. -NY Port Auth NY & NJ Rev Muni. Bond | B | Interest | | | Sold | 04/06/20 | L | | |
| 13. -CT St GO Muni. Bond | B | Interest | | | Sold | 04/06/20 | L | C | |
| 14. -Schwab Bank Sweep | A | Interest | M | T | | | | | |
| 15. -UT St Bldg Ownership Auth Lease Rev Muni. Bond | B | Interest | K | T | | | | | |
| 16. -WA Snohomish Cnty SD No 201 GO School Board Guar. Muni. Bond | B | Interest | | | Sold | 04/08/20 | L | C | |
| 17. -JBG Smith Properties | C | Int./Div. | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenberg, William S.** | 5/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -Adobe Systems Inc. Stock | | None | K | T | | | | | |
| 19.   -Alphabet Inc. Class A Stock | | None | J | T | | | | | |
| 20.   -Apple Inc. Stock | A | Dividend | K | T | | | | | |
| 21.   -ASML Holding NV-NY Reg Shs. Stock | A | Dividend | J | T | | | | | |
| 22.   -Automatic Data Processing Inc. Stock | A | Dividend | J | T | | | | | |
| 23.   -Cognizant Tech Solutions Corp. Stock | A | Dividend | J | T | | | | | |
| 24.   -Marsh & McLennan Companies Inc. Stock | A | Dividend | J | T | | | | | |
| 25.   -Mastercard Inc. Stock | A | Dividend | K | T | | | | | |
| 26.   -Microsoft Inc. Stock | A | Dividend | J | T | | | | | |
| 27.   -Varian Medical Systems Inc. Stock | | None | J | T | | | | | |
| 28.   -Dentsply Sirona Inc. Stock | A | Dividend | | | Sold | 01/03/20 | J | | |
| 29.   -Edwards Lifesciences Corp. Stock | | None | K | T | | | | | |
| 30.   -FMC Corp. Stock | A | Dividend | J | T | | | | | |
| 31.   -NVIDIA Corp. Stock | | None | | | Sold | 01/03/20 | J | | |
| 32.   -Stanley Black & Decker Inc. Stock | | None | | | Sold | 01/03/20 | J | C | |
| 33.   -Cerner Corp. Stock | A | Dividend | J | T | | | | | |
| 34.   -Flir Systems Inc. Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenberg, William S.** | 5/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   -Qiagen N.V. Stock | | None | J | T | | | | | |
| 36.   -Enterprise Products Partners L.P. interest | A | Dividend | J | T | | | | | |
| 37.   -Prologis, Inc. Stock | A | Dividend | J | T | Sold<br>(part) | 02/05/20 | J | A | |
| 38.   -United States Treasury Bond | A | Interest | O | T | Buy | 04/08/20 | O | | |
| 39.   Brokerage Account #2 (H) | | | | | | | | | |
| 40.   -Schwab Bank Sweep | A | Interest | J | T | | | | | |
| 41.   Brokerage Account #3 (H) | | | | | | | | | |
| 42.   Brokerage Account #4 (H) | | | | | | | | | |
| 43.   -ASML Holding NV-NY Reg Shares | A | Dividend | K | T | Sold<br>(part) | 11/02/20 | J | D | |
| 44.   -Adobe Systems Inc. Stock | | None | L | T | Sold<br>(part) | 04/16/20 | J | D | |
| 45.   | | | | | Sold<br>(part) | 04/21/20 | J | E | |
| 46.   -Apple Inc. Stock | A | Dividend | L | T | Sold<br>(part) | 04/21/20 | J | E | |
| 47.   | | | | | Sold<br>(part) | 11/02/20 | J | D | |
| 48.   -Automatic Data Processing Inc. Stock | A | Dividend | K | T | | | | | |
| 49.   -Cognizant Tech Solutions Corp. Stock | A | Dividend | | | Sold<br>(part) | 05/13/20 | K | E | |
| 50.   | | | | | Sold | 05/14/20 | J | E | |
| 51.   -Alphabet Inc. Stock (Class A) | | None | K | T | Sold<br>(part) | 11/02/20 | J | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenberg, William S.** | 5/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  -Medtronic Stock | B | Dividend | K | T | Sold<br>(part) | 11/02/20 | J | C | |
| 53.  -Marsh & McLennan Companies Inc. Stock | A | Dividend | K | T | Sold<br>(part) | 11/02/20 | K | E | |
| 54.  -Microsoft Corp. Stock | A | Dividend | L | T | Sold<br>(part) | 02/05/20 | J | D | |
| 55. | | | | | Sold<br>(part) | 04/16/20 | K | E | |
| 56. | | | | | Sold<br>(part) | 04/21/20 | J | E | |
| 57.  -Johnson & Johnson Company Stock | A | Dividend | K | T | | | | | |
| 58.  -Cisco Systems Inc. Stock | B | Dividend | | | Sold<br>(part) | 04/16/20 | J | B | |
| 59. | | | | | Sold | 11/05/20 | K | E | |
| 60.  -Varian Medical Systems Inc. Stock | | None | K | T | Sold<br>(part) | 11/02/20 | K | E | |
| 61.  -Edwards Lifesciences Corp. Stock | | None | L | T | Sold<br>(part) | 04/16/20 | J | D | |
| 62.  -Stanley Black & Decker Inc. Stock | A | Dividend | K | T | | | | | |
| 63.  -Cerner Corp. Stock | A | Dividend | K | T | | | | | |
| 64.  -Flir Systems Inc. Stock | A | Dividend | K | T | | | | | |
| 65.  -Prologis Inc. Stock | A | Int./Div. | | | Sold | 04/16/20 | K | D | |
| 66.  -EOG Resources Stock | A | Dividend | | | Sold | 06/05/20 | K | C | |
| 67.  -Qiagen N. V. Stock | | None | | | Sold<br>(part) | 02/06/20 | J | D | |
| 68. | | | | | Sold | 03/05/20 | K | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenberg, William S.** | 5/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -Enterprise Products Partners L.P. interest | A | Int./Div. | | | Sold | 04/16/20 | K | A | |
| 70. -Energy Transfer Partners L.P. interest | A | Int./Div. | | | Sold | 04/16/20 | J | | |
| 71. -MasterCard Inc. Stock | A | Dividend | L | T | Sold<br>(part) | 04/16/20 | J | C | |
| 72. -FMC Corp. Stock | A | Dividend | K | T | | | | | |
| 73. -Albemarle Corp. Stock | A | Dividend | K | T | Buy<br>(add'l) | 06/08/20 | J | | |
| 74. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 75. | | | | | Sold<br>(part) | 11/02/20 | J | | |
| 76. | | | | | Sold<br>(part) | 11/24/20 | K | C | |
| 77. -IQVIA Holdings Inc. Stock | | None | K | T | Sold<br>(part) | 11/02/20 | J | C | |
| 78. -Broadcom Inc. Stock | B | Dividend | | | Sold<br>(part) | 04/16/20 | J | | |
| 79. | | | | | Sold | 12/17/20 | L | E | |
| 80. -HDFC Bank Ltd. Stock | | None | K | T | | | | | |
| 81. -Beckton Dickinson & Co. Stock | A | Dividend | K | T | Buy<br>(add'l) | 11/24/20 | K | | |
| 82. -Vertex Pharmaceuticals Inc. Stock | | None | K | T | Sold<br>(part) | 04/16/20 | K | D | |
| 83. | | | | | Sold<br>(part) | 11/02/20 | J | B | |
| 84. -AstraZeneca PLC-Spons ADR Stock | B | Dividend | K | T | Sold<br>(part) | 04/16/20 | J | B | |
| 85. | | | | | Sold<br>(part) | 11/02/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenberg, William S.** | 5/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -Schwab Bank Sweep | A | Interest | L | T | | | | | |
| 87.   -Advanced Energy Inds. Inc. Stock | | None | K | T | Buy (add'l) | 05/28/20 | J | | |
| 88.   -Dentsply Sirona Inc. Stock | A | Dividend | K | T | Buy (add'l) | 03/30/20 | J | | |
| 89.   -NVIDIA Corp. Stock | A | Dividend | L | T | Sold (part) | 04/21/20 | J | | |
| 90. | | | | | Sold (part) | 05/19/20 | J | | |
| 91. | | | | | Sold (part) | 08/18/20 | K | C | |
| 92. | | | | | Sold (part) | 11/02/20 | J | D | |
| 93.   -Schlumberger Ltd. Stock | A | Dividend | | | Buy | 02/04/20 | J | | |
| 94. | | | | | Sold | 04/16/20 | J | | |
| 95.   -Leidos Holdings Inc. Stock | A | Dividend | K | T | Buy | 06/09/20 | K | | |
| 96. | | | | | Buy (add'l) | 12/03/20 | K | | |
| 97. | | | | | Sold (part) | 11/02/20 | J | | |
| 98.   -Vertiv Holdings Co. Stock | | None | K | T | Buy | 12/18/20 | K | | |
| 99.   -Cree Inc. Stock | | None | K | T | Buy | 11/09/20 | K | | |
| 100.  -Universal Display Corp. Stock | A | Dividend | K | T | Buy | 05/18/20 | K | | |
| 101. | | | | | Buy (add'l) | 06/08/20 | J | | |
| 102. | | | | | Buy (add'l) | 06/09/20 | J | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenberg, William S.** | 5/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 11/02/20 | J | | |
| 104.   IRA #1 (H) | | | | | | | | | |
| 105.   -PA Commonwealth Fing Auth Muni. Bond | A | Interest | | | Matured | 06/01/20 | K | | |
| 106.   -KY Asset/Liability Commn Muni. Bond | A | Interest | | | Sold | 04/23/20 | K | | |
| 107.   -PA Montgomery Cnty Muni. Bond | B | Interest | K | T | | | | | |
| 108.   -CA Univ of Cal Rev Muni. Bond | B | Interest | L | T | | | | | |
| 109.   -WA State Muni. Bond | B | Interest | L | T | | | | | |
| 110.   -Target Corporate Bond | A | Interest | | | Sold | 01/28/20 | K | A | |
| 111.   -Berkshire Hathaway Corporate Bond | B | Interest | L | T | | | | | |
| 112.   -US Treasury Note Government Bond NC | D | Interest | K | T | Matured<br>(part) | 10/31/20 | M | | |
| 113. | | | | | Matured<br>(part) | 11/30/20 | M | | |
| 114.   -FHLB US Government Agency Bond | B | Interest | M | T | | | | | |
| 115.   -Colgate-Palmolive Co. Corporate Bond | C | Interest | | | Matured | 11/01/20 | L | | |
| 116.   -Exxon Mobil Corp. Corporate Bond | A | Interest | | | Sold | 04/20/20 | L | B | |
| 117.   -Schwab Bank Sweep | A | Interest | O | T | | | | | |
| 118.   -Johnson & Johnson Corporate Bond | B | Interest | L | T | | | | | |
| 119.   -Procter & Gramble Corporate Bond | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenberg, William S.** | 5/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Schwab Value Advantage Money Fund (T+1) | B | Interest | | | Sold | 03/18/20 | O | | |
| 121. -Schwab U.S. Treasury Money Fund (T+1) | A | Interest | O | T | Buy | 03/18/20 | O | | |
| 122. IRA #2 (H) | | | | | | | | | |
| 123. -Vanguard Bond Index - Short Term | A | Int./Div. | K | T | Sold (part) | 01/02/20 | J | | |
| 124. -Vanguard S-T Investment Grade Fund | A | Int./Div. | K | T | | | | | |
| 125. -Schwab Bank Sweep | | None | J | T | | | | | |
| 126. 401(k) #1 (H) | | | | | | | | | |
| 127. Trust #1 (H) | | | | | | | | | |
| 128. -CRA 12 Deposit Account | A | Interest | | | Sold (part) | 05/20/20 | M | | |
| 129. | | | | | Sold (part) | 06/19/20 | M | | |
| 130. | | | | | Sold | 09/21/20 | J | | |
| 131. -S&P 500 Depository Receipts | D | Int./Div. | N | T | | | | | |
| 132. -SPDR S&P Mid-Cap 400 ETF Trust | C | Int./Div. | N | T | | | | | |
| 133. -BNY Mellon Smallcap Stock Index Fund | | None | | | Sold | 06/15/20 | L | E | |
| 134. -Harris Assoc Invt TR Oakmark Intl Fund | | None | | | Sold | 06/25/20 | M | A | |
| 135. -BNY Mellon Emerging Markets Fund - MPAM Shares | | None | | | Sold | 06/25/20 | L | E | |
| 136. -DC GO NC Muni. Bond | D | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenberg, William S.** | 5/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. -Seafarer Overseas Growth & Income Fund | A | Int./Div. | L | T | Buy<br>(add'l) | 06/25/20 | K | | |
| 138. -Vanguard Energy Vipers Fund | B | Int./Div. | K | T | | | | | |
| 139. -BNY Mellon Intl Stock Fund | B | Int./Div. | M | T | | | | | |
| 140. -Texas Bexar Met Wtr Dist Muni. Bond | B | Interest | | | Redeemed | 05/01/20 | K | | |
| 141. -OH St Dept Admin COP Muni. Bond | B | Interest | L | T | | | | | |
| 142. -DC Wtr & Swr Auth Pub Util Rev Muni. Bond | B | Interest | L | T | | | | | |
| 143. -BNY Mellon Municipal Opportunities - CL M Fund | B | Int./Div. | | | Sold | 06/25/20 | L | B | |
| 144. -Brookfield Global Listed Infrastructure Fund | B | Int./Div. | K | T | | | | | |
| 145. -PNC Bank Sweep - Fiduciary Trust | A | Interest | M | T | Buy | 05/20/20 | M | | |
| 146. | | | | | Buy<br>(add'l) | 06/19/20 | M | | |
| 147. | | | | | Buy<br>(add'l) | 09/21/20 | J | | |
| 148. -Texas Lubbock Cooper Indpt School Dist Muni. Bond | | None | L | T | Buy | 08/19/20 | L | | |
| 149. -Macon GA Wtr & Swr Auth Rev Muni. Bond | | None | L | T | Buy | 08/27/20 | L | | |
| 150. -Alphabet Inc. Class C Stock | | None | K | T | Buy | 06/26/20 | J | | |
| 151. -Blackstone Group Inc. Stock | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 152. -Charter Communications Inc.-A Stock | | None | K | T | Buy | 06/26/20 | J | | |
| 153. -Home Depot Stock | A | Dividend | J | T | Buy | 06/26/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenberg, William S.** | 5/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -McDonalds Corp. Stock | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 155.  -Ross Stores Inc. Stock | | None | K | T | Buy | 06/26/20 | J | | |
| 156.  -Sysco Corp. Stock | A | Dividend | K | T | Buy | 06/26/20 | J | | |
| 157.  -Twitter Inc. Stock | | None | K | T | Buy | 06/26/20 | J | | |
| 158.  -Visa Inc. - Class A Shares Stock | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 159.  -Intercontinental Exchange Group Stock | A | Dividend | K | T | Buy | 06/26/20 | J | | |
| 160.  -Salesforce.com Inc. Stock | | None | J | T | Buy | 06/26/20 | J | | |
| 161.  -SS&C Technologies Holdings Inc. Stock | A | Dividend | K | T | Buy | 06/26/20 | J | | |
| 162.  -Church & Dwight Co. Inc. Stock | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 163.  -Adidas-Salomon AG - Spons ADR Stock | | None | K | T | Buy | 06/26/20 | J | | |
| 164.  -Bayer AG - Spons ADR Stock | | None | J | T | Buy | 06/26/20 | J | | |
| 165.  -LVMH Moet Hennessy Louis Vuitton SE Stock | A | Dividend | K | T | Buy | 06/26/20 | J | | |
| 166.  -Ryanair Holdings PLC - SP ADR Stock | | None | K | T | Buy | 06/26/20 | J | | |
| 167.  -Sea Limited - ADR Stock | | None | K | T | Buy | 06/26/20 | J | | |
| 168.  -Siemens AG - Spons ADR Stock | B | Dividend | K | T | Buy | 06/26/20 | J | | |
| 169.  -Alibaba Group Holding - SP ADR Stock | | None | J | T | Buy | 06/26/20 | J | | |
| 170.  -Touchstone Sands Capital Emerging Growth-Y | | None | L | T | Buy | 06/26/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenberg, William S.** | 5/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  Trust #2 (H) | | | | | | | | | |
| 172.  -Vanguard Intermediate Term Tax-Exempt Bond Fund | B | Int./Div. | L | T | | | | | |
| 173.  -S&P 500 Depository Receipts | B | Int./Div. | L | T | | | | | |
| 174.  -SPDR S&P Mid-Cap 400 ETF Trust | A | Int./Div. | L | T | | | | | |
| 175.  -Longleaf Partners Small Cap | A | Int./Div. | J | T | | | | | |
| 176.  -Baron Small Cap Fund-I | | None | K | T | | | | | |
| 177.  -Gateway Fund Y Shares | A | Int./Div. | K | T | | | | | |
| 178.  -AMEX Energy Select Sector SPDR | A | Int./Div. | J | T | | | | | |
| 179.  -PIMCO Commodity RR Strat-Ins | A | Int./Div. | J | T | | | | | |
| 180.  -BNY Mellon Intl Stock Fund CLI | A | Int./Div. | K | T | | | | | |
| 181.  -Oakmark Intl Fund - I | A | Int./Div. | K | T | | | | | |
| 182.  -Harbor International Fund - Inst | A | Int./Div. | K | T | | | | | |
| 183.  -Alerian MLP ETF Fund | A | Int./Div. | J | T | | | | | |
| 184.  -Schwab Bank Sweep | A | Interest | K | T | | | | | |
| 185.  The Vittoria Fund, LP - passive LP interest | E | Int./Div. | O | U | | | | | |
| 186.  JBG Investment Fund VIII - passive LP interest | E | Distribution | L | U | | | | | |
| 187.  Veritable LPC Partners LP - passive LP interest | E | Distribution | M | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenberg, William S.** | 5/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. BKWG, Inc. (Y) | | | | | | | | | |
| 189. Northwestern Mutual Whole Life Insurance Policies | E | Dividend | O | T | | | | | |
| 190. MassMutual Whole Life Insurance Policies | B | Dividend | K | T | | | | | |
| 191. New York Life Whole Life Insurance Policy | | None | J | T | | | | | |
| 192. AAFMAA Whole Life Insurance Policy | | None | J | T | | | | | |
| 193. Wells Fargo Checking | | None | J | T | | | | | |
| 194. SunTrust Bank Checking | | None | K | T | | | | | |
| 195. Brokerage Account #5 (H) | | | | | | | | | |
| 196. -Walt Disney Co. Stock | A | Dividend | L | T | | | | | |
| 197. -General Electric Stock | A | Dividend | J | T | | | | | |
| 198. -JP Morgan Chase Stock | B | Dividend | L | T | | | | | |
| 199. -Pfizer Inc. Stock | B | Dividend | K | T | | | | | |
| 200. -Philip Morris International Inc. Stock | B | Dividend | K | T | | | | | |
| 201. -Henry Schein Inc. Stock | | None | K | T | | | | | |
| 202. -Exxon Mobil Corp. Stock | B | Dividend | K | T | | | | | |
| 203. -Schlumberger Ltd. Stock | A | Dividend | J | T | | | | | |
| 204. -Federated Government Obligations Fund Sel. | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenberg, William S.** | 5/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -Covetrus Inc. Stock | | None | J | T | | | | | |
| 206.  -Wabtec Stock | A | Dividend | J | T | | | | | |
| 207.  -Viatris Inc. Stock | | None | J | T | Spinoff (from line 199) | 11/16/20 | J | | |
| 208. | | | | | Sold (part) | 11/27/20 | J | A | |
| 209.  Archean Capital Partners I, L.P. - Advanced Cl A - passive LP interest | | None | | | Sold | 01/01/20 | K | | |
| 210.  Archean Capital Partners I, L.P. - passive LP interest | E | Distribution | K | U | Buy (add'l) | 01/01/20 | K | | |
| 211. | | | | | Sold (part) | 01/01/20 | K | A | |
| 212. | | | | | Sold (part) | 12/30/20 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:


-Item 37 (Heading: Brokerage Account #1) was purchased as "Liberty Property Trust."  Effective on or about February 4, 2020, this company was acquired by Prologis, Inc.

-Item 41 (Heading: Brokerage Account #3) contains no reportable assets.  Heading title is included for continuity purposes only.

-Item 65 (Heading: Brokerage Account #4) was purchased as "Liberty Property Trust."  Effective on or about February 4, 2020, this company was acquired by Prologis, Inc.

-Item 126 (Heading: 401(k) #1) contains no reportable assets.  Heading title is included for continuity purposes only.

-Item 128 (Heading: Trust #1) is a cash equivalent security funded with cash that is alternatively referred to as "CRA 12 Deposit Account" and "BNY Mellon Money Market Fund" by the reporting financial institution.  No sale or purchase information is available to indicate that these are treated as separate assets by the reporting financial institution.

-Item 128 (Heading: Trust #1) was exchanged for Item 145 throughout May, June and September 2020.  Both assets are cash equivalent securities funded with cash.

-Item 188 corporation dissolved on December 31, 2019.  No income or assets remained for distribution in 2020.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William S. Greenberg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544